UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN LEON M.D. FACP, <br> DEBORAH LEON Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA UNIVERSITY HEALTH CARE ASSOCIATES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-00937-JRS-MG <br> ) <br> ) <br> ) <br> ) <br> ) |

**Final Judgment**

Pursuant to the Order also issued this day, judgment is entered in favor of Defendant on all claims. Plaintiffs shall take nothing by their Complaint. This is a **final judgment** under Federal Rule of Civil Procedure 58.

Date: 02/26/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
   Deputy Clerk, U.S. District Court

Distribution:

Molly Broadhead
HOOVER HULL TURNER LLP
mbroadhead@hooverhullturner.com

Katherine Lee English
HOOVER HULL TURNER LLP
kenglish@hooverhullturner.com

Riley H. Floyd
HOOVER HULL TURNER LLP
rfloyd@hooverhullturner.com

Laurie E. Martin
HOOVER HULL TURNER LLP
lmartin@hooverhullturner.com

George W. Pendygraft
George W. Pendygraft, P.C.
ecolawyer@aol.com